**UNIONTOWN NEWSPAPERS, INC.,** t/b/a The Herald–Standard, a Corporation, and Paul Sunyak, an Individual, Appellants,

v.

**Lawrence ROBERTS, in His Capacity as a Member of the General Assembly of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Nov. 22, 2006.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**

**Kenneth FORTUNE, Appellant,**

v.

**DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Nov. 22, 2006.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**

**HOME INSURANCE COMPANY, Successor–In–Interest to City Insurance Company, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

Home Insurance Company, Successor–In–Interest to City Insurance Company, Appellant,

v.

Commonwealth of Pennsylvania, Appellee.

Home Insurance Company, Successor–In–Interest to City Insurance Company, Appellant,

v.

Commonwealth of Pennsylvania, Appellee.

.

Supreme Court of Pennsylvania.

Nov. 22, 2006.

## *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED**.

**COMMONWEALTH of Pennsylvania,**
**Appellee,**

v.

**Michael RUSH, Appellant.**

Superior Court of Pennsylvania.

Submitted June 26, 2006.

Filed Sept. 19, 2006.

Reargument Denied Nov. 20, 2006.